IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTITUTION PARTY, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| vs. | : | NO. 12-2726 |
| | : | |
| CAROL AICHELE, et al., | : | |
| Defendants | : | |

## O R D E R

**AND NOW,** this 8th day of March, 2013, upon consideration of the defendants' motion to dismiss (Document #8), the intervenor-defendants' motion to dismiss (Document #25), the responses of the plaintiffs thereto, and after a hearing on the motions, IT IS HEREBY ORDERED that the motions are GRANTED.

IT IS FURTHER ORDERED that the plaintiffs' motion for preliminary injunction (Document #12), is DENIED AS MOOT.

The Clerk of Court is directed to mark this case CLOSED for statistical purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.