IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CONSTITUTION PARTY OF PENNSYLVANIA, et. al., : : : | |
| Plaintiffs, : : | CIVIL ACTION |
| v. : : | 12-CV-2726 |
| PEDRO CORTES, et. al. : : | |
| Defendants. : | |

### ORDER

**AND NOW** this 23rd day of July 2015, upon consideration of plaintiffs' motion for summary judgment, doc. no. 60, and defendants' response thereto, doc. no. 63, and upon consideration of defendants' motion for summary judgment, doc. no. 59, and plaintiffs' response thereto, doc. no. 64, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' motion for summary judgment, doc. no. 60, is **GRANTED in part**. Judgment is entered in favor of the plaintiffs on Counts I and II. The motion is otherwise **DENIED**.

2. Defendants' motion for summary judgment, doc. no. 59, is **GRANTED in part**. Judgment is entered in favor of defendants on Count III. The motion is otherwise **DENIED**.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL