IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CONSTITUTION PARTY OF PENNSYLVANIA, et. al., : : : Plaintiffs, : : v. : : PEDRO CORTES, et. al. : : Defendants. : | CIVIL ACTION  12-CV-2726 |

FINAL JUDGMENT

**AND NOW** this 23rd day of July 2015, upon granting plaintiffs' motion for summary judgment in part and granting defendants' motion for summary judgment in part, **IT IS HEREBY ORDERED** that:

1. Judgment is entered in favor of the plaintiffs on Counts I and II.

2. Judgment is entered in favor of defendants on Count III.

3. 25 P.S. § 2911(b) and 25 P.S. § 2937 are hereby **DECLARED UNCONSTITUTIONAL AS APPLIED** to plaintiffs.

4. The clerk is directed to mark this case **CLOSED.**

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL