## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE CONSTITUTION PARTY OF PENNSYLVANIA, et al.,** : | |
| : | |
| **Plaintiffs,** : | CIVIL ACTION |
| : | |
| v. : | |
| : | |
| : | NO. 12-2726 |
| **PEDRO CORTES, et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this 18th day of May, 2016, following oral argument held on May 16, 2016, and upon consideration of the plaintiffs' motion for a temporary restraining order and preliminary injunction (Doc. No. 83) and the defendants' response (Doc. No. 86), **IT IS HEREBY ORDERED** that the plaintiff's motion (Doc. No. 83) is **DENIED**.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.