IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CONSTITUTION PARTY OF PENNSYLVANIA, et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PEDRO A. CORTÉS, et al., | : | |
| | : | |
| Defendants. | : | NO. 12-2726 |

## ORDER

**AND NOW**, this 30th day of June, 2016, upon consideration of plaintiffs' Emergency Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. No. 90) and after four court conferences with the parties, **IT IS HEREBY ORDERED** that plaintiffs' motion (Doc. No. 90) is **GRANTED** as follows: until such time as the Pennsylvania Legislature enacts a permanent measure amending or modifying the process to place the plaintiff political bodies on the general election ballot, the following rules shall apply to the plaintiff political bodies, the Constitution Party of Pennsylvania, the Libertarian Party of Pennsylvania, and the Green Party of Pennsylvania, with respect to securing placement of their candidates on the general election ballot in Pennsylvania:

1.  Candidates for the offices listed below shall present to the Secretary of the Commonwealth by August 1, 2016, and every August 1st thereafter until the Legislature enacts a permanent change in the law and this permanent change is signed by the Governor of Pennsylvania, nomination papers containing at least as many valid signatures of qualified electors of the state or the electoral district, as the case may be, as listed below:

   a. President of the United States: Five thousand.

   b. United States Senate: Five thousand.

c. Governor: Five thousand including at least two hundred fifty from each of at least ten counties.

d. Lieutenant Governor: Two thousand five hundred including at least two hundred fifty from each of at least five counties.

e. Treasurer: Two thousand five hundred including at least two hundred fifty from each of at least five counties.

f. Auditor General: Two thousand five hundred including at least two hundred fifty from each of at least five counties.

g. Attorney General: Two thousand five hundred including at least two hundred fifty from each of at least five counties.

h. Justice of the Supreme Court: Two thousand five hundred including at least two hundred fifty from each of at least five counties.

i. Judge of the Superior Court: Two thousand five hundred including at least two hundred fifty from each of at least five counties.

j. Judge of the Commonwealth Court: Two thousand five hundred including at least two hundred fifty from each of at least five counties.

k. For any other office to be filled by the vote of the electors of the state at large: Two thousand five hundred including at least two hundred fifty from each of at least five counties.

2. Candidates for non-statewide offices shall present to the Secretary of the Commonwealth by August 1, 2016 and every August 1st thereafter, nomination papers containing at least as many valid signatures of qualified electors of the state or the electoral district, as the case may be, as set forth by 25 P.S. § 2911(b).

3. No candidate of the plaintiff political bodies shall be assessed costs under 25 P.S. § 2937.

4. This Order is intended to replace the signature requirement imposed by 25 P.S. § 2911(b). The defendants are enjoined from enforcing this signature requirement in conjunction with the objection procedure set forth in 25 P.S. § 2937 as applied to nomination papers submitted by the plaintiffs Constitution Party of Pennsylvania, Green Party of Pennsylvania and Libertarian Party of Pennsylvania and by their candidates for office.

5. All other provisions of the Pennsylvania Election Code that do not conflict with this Order continue to apply to the candidates of the plaintiff political bodies.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.