UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CONSTITUTION PARTY OF PENNSYLVANIA, et al., ) ) ) | |
| Plaintiffs,   ) ) | Case No. 5:12-CV-02726 |
| v.   ) ) | |
| CAROL AICHELE, et al.,   ) ) | |
| Defendants.   ) | |

### PLAINTIFFS' NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT Plaintiffs Constitution Party of Pennsylvania, Green Party of Pennsylvania, Libertarian Party of Pennsylvania, Joe Murphy, James N. Clymer, Carl J. Romanelli, Thomas Robert Stevens and Ken Krawchuk hereby appeal to the United States Court of Appeals for the Third Circuit, from that portion of this Court's June 30, 2016 Order found at paragraphs 1(c) – 1(k), inclusive, which requires that candidates submit nomination papers containing a certain number of valid signatures "including at least two hundred fifty from each of at least ten counties," or "including at least two hundred fifty from each of at least five counties." Plaintiffs only appeal from the county-based distribution requirements imposed by the foregoing quoted language. Plaintiffs do not appeal from any other aspect of this Court's order, including the total number of signatures that candidates must submit pursuant to paragraphs 1(c) – 1(k).

Dated: July 29, 2016                                    Respectfully submitted,

/s/ Oliver B. Hall
Mark R. Brown                                           Oliver B. Hall
Newton D. Baker/Baker &                                 CENTER FOR COMPETITIVE DEMOCRACY
Hostetler Professor of Law                              1835 16th Street NW #5
Capital University*                                     Washington, D.C. 20009
614-236-6590 (ph)                                       (202) 248-9294
MBrown@law.capital.edu                                  oliverhall@competitivedemocracy.org

*For identification purposes only      *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2016, I filed the foregoing Plaintiffs' Notice of Appeal via the Court's CM/ECF system, which will effect service upon all counsel of record in this matter.

/s/ Oliver B. Hall
Oliver B. Hall

*Counsel for Plaintiffs*